# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CHRISTOPHER MEADOWS,<br>    Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT,<br>    Defendant | )<br>)<br>)<br>)<br>) **Case No.: 2:11-cv-4552-**<br>) **LDD**<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Ronald M. Metcho                     /S/ Craig Thor Kimmel
Ronald M. Metcho, Esquire                Craig Thor Kimmel, Esquire
Attorney ID:                             Attorney ID: 57100
Attorney for Defendant                   Attorney for the Plaintiff


Date: October 10, 2011                   Date: October 10, 2011


BY THE COURT:

_____
                                                            J.