IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CHRISTOPHER MEADOWS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MONARCH RECOVERY MANAGEMENT | : | NO. 11-cv-4552 |

O R D E R

       AND NOW, this 11TH day of October 2011, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice.  It is further ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to statistically close this matter.

                                **MICHAEL E. KUNZ**, Clerk of Court


                                By:/s/ Mia Harvey
                                    Deputy Clerk to Judge Legrome D. Davis